**Andrew P. Parks**, OSB No. 024161
Email: aparks@agsprp.com
**ARNOLD GALLAGHER PERCELL**
**ROBERTS & POTTER, PC**
800 Willamette Street, Suite 800
Eugene, Oregon 97401-2996
Telephone: (541) 484-0188
Facsimile: (541) 484-0536
 *Of Attorneys for Home Federal Bank*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| HOME FEDERAL BANK, a wholly-owned banking subsidiary of Home Federal Bancorp, Inc., an Idaho corporation,<br><br>      Plaintiff,<br><br>vs.<br><br>FOUNDATION DEVELOPMENT, LLC, an Oregon limited liability company, CHRISTOPHER L. ACARREGUI, an individual, COREY TENNISON, an individual, TOBEY TENNISON, an individual, BANK OF THE CASCADES, an Oregon state chartered bank,<br><br>      Defendants. | CASE NO. 6:12-CV-21-HO<br><br>STIPULATION TO DISMISS |

## **STIPULATION**

IT IS HEREBY STIPULATED by and between Plaintiff and Defendants that the above-captioned matter against Defendants may be dismissed without prejudice and without an award of

**STIPULATION TO DISMISS - 1**

costs, disbursements or fees to any party. None of the Defendants have yet appeared in this matter.

DATED this 1st day of March, 2012.

ARNOLD GALLAGHER PERCELL
ROBERTS & POTTER, PC

/s/ *Andrew P. Parks*

Andrew P. Parks, OSB #024161
Of Attorneys for Plaintiff

CONNOLLY & ASSOCIATES

/s/ *Paul R.J. Connolly*

Paul R.J. Connolly, OSB #844090
Of Attorneys for Defendants

### ORDER

THIS MATTER, having come before the court on the stipulation of the parties, and the court being fully advised on the premises, it is hereby,

ORDERED AND ADJUDGED AND DECREED, that all claims pending in this matter are dismissed without prejudice and without an award of costs, disbursements or fees to any party.

DATED this 5th day of March, 2012.

Hon. Michael R. Hogan
District Court Judge

**STIPULATION TO DISMISS - 2**